■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD GREEN, Appellant.—Judgment unanimously affirmed. Memorandum: We reject defendant's argument that the court erred in refusing to set aside the verdict based on alleged juror misconduct and incapacity. Following a hearing in response to defendant's motion pursuant to CPL 330.30, the court found that the jurors decided the case based only on the evidence adduced at trial and that a certain named juror was not statutorily unfit to serve as a juror. We find no basis to disturb the court's ruling (see, People v Martin, 177 AD2d 715, 716-717, lv denied 79 NY2d 921). We also reject defendant's argument that reversal is required based on People v Antommarchi (80 NY2d 247, rearg denied 81 NY2d 759) because Antommarchi applies prospectively only (People v Mitchell, 80 NY2d 519).

We have examined defendant's remaining arguments on appeal and find them to be without merit. (Appeal from Judgment of Erie County Court, Drury, J.—Murder, 2nd Degree.) Present—Boomer, J. P., Pine, Lawton, Boehm and Davis, JJ.